594

■ MICHAEL J. ATAN et al., Respondents, v DEBORAH J. FITZGERALD et al., Appellants. [868 NYS2d 546]

The defendants failed to establish their prima facie entitlement to judgment as a matter of law. Accordingly, the defendants' motion for summary judgment dismissing the complaint was properly denied (*see Alvarez v Prospect Hosp.*, 68 NY2d 320, 324 [1986]). Skelos, J.P., Ritter, Dillon, Carni and Leventhal, JJ., concur.